**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 20, 2012**

CASE NUMBER:  CV 11-05966 MEJ
CASE TITLE:  ZACH CLEMONS AND WESLEY PAYNE-v-FEDERAL HOME LOAN MORTGAGE CORPORATION

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/20/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 3/20/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA